UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In the Matter of the Complaint )<br>)<br>Of )<br>)<br>REINAUER TRANSPORTATION COMPANIES, )<br>LLC as Owner of the Vessels CB 120 and DB112 )<br>for Exoneration from or Limitation of Liability ) | CIVIL ACTION NO. 13-11909-JLT |

**JOINT STATEMENT OF THE PARTIES FOR INITIAL SCHEDULING CONFERENCE**

In accordance with the court's Notice of Scheduling Conference dated December 12, 2013 and Local Rule 16.1(D), the parties hereby submit their Joint Statement for the initial scheduling conference to be conducted at 11:00 a.m. on January 29, 2014.

**I.     Proposed Pretrial Schedule, Including Discovery Plan**

- Service of written discovery requests on or before              April 15, 2014
- Non-expert depositions completed on or before                   May 15, 2014
- Amendments to the pleadings on or before                        June 30, 2014
- Plaintiff's Rule 26(a)(2) expert disclosures on/before          July 15, 2014
- Defendant's Rule 26(a)(2) expert disclosures on/before          August 15, 2014
- Experts' depositions completed on or before                     September 30, 2014
- Dispositive motions to be filed on or before                    October 15, 2014

  and oppositions to be filed on or before                        November 15, 2014

- Rule 26(a)(3) pretrial disclosures on or before                 December 15, 2014
- Final pretrial conference on or before                          December 30, 2014

**II.     Trial by Magistrate Judge**

At present, the parties do not consent to trial by a magistrate judge.

**III.    Local Rule 16 (D)(3) Certification**

The undersigned Plaintiff's counsel and Defendant's counsel certify that they have conferred with their respective clients pursuant to Local rule 16.1(d)(3) concerning costs and resolution of the litigation.

WHEREFORE, the parties pray that this Honorable Court approve the discovery and above schedule.

| | |
|---|---|
| For the Plaintiff,<br>Bonita Feeney as Personal Representative<br>of the Estate of David Feeney,<br>By her attorney, | For the Defendants,<br>Reinauer Transportation Companies, LLC<br>and Reinauer Transportation Companies,<br>L.P.<br>By their attorney, |
| _/s/ Brian Keane_____<br>Brian Keane, B.B.O. # 656717<br>THE KAPLAN/BOND GROUP<br>88 Black Falcon Avenue, Suite 301<br>Boston, MA 02210<br>(617) 261-0080<br>bkeane@kaplanbond.com | _/s/ Gino A. Zonghetti_____<br>Gino Zonghetti, BBO #663120<br>Kaufman Dolowich & Voluck LLP<br>Court Plaza South<br>21 Main Street, Suite 251<br>Hackensack, NJ 07601<br>201-708-8233<br>gzonghetti@kdvlaw.com |

> I certify that a true copy of the above document was served upon each attorney of record by ECF on January 22, 2014.
>
> /s/ Brian Keane

2